

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00024-CV

COREY L. ROBERTS, Appellant

V.

CELIA CLANTON ROBERTS, Appellee

Appeal from the County Court at Law of Orange County.  (Tr. Ct. No. C-140473-D).

This case is an appeal from the final judgment signed by the trial court on August 26, 2014. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the trial court's judgment. Accordingly, the Court **reverses** the trial court's judgment and **remands** the case to the trial court for further proceedings.

The Court orders that the appellee, Celia Clanton Roberts, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered June 2, 2015.

Panel consists of Justices Keyes, Huddle, and Lloyd. Opinion delivered by Justice Lloyd.